# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Megan E. Dellinger
(302) 351-9366
mdellinger@morrisnichols.com

**REDACTED – PUBLIC VERSION**
Original Filing Date: June 2, 2022
Redacted Filing Date: June 9, 2022

The Honorable Christopher J. Burke
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

*VIA HAND DELIVERY*
*and ELECTRONIC MAIL*

Re: *Azurity Pharmaceuticals, Inc. v. Alkem Labs, Ltd.*,
C.A. No. 19-2100 (MSG)(CJB)

Dear Judge Burke:

Plaintiff in the above-referenced matter writes to respectfully request clarification of the Court's ruling at the May 23, 2022 oral argument. The Court's ruling specifically struck Paragraphs 70-78 of the Rabinow Responsive Report (Ex. B) because they included previously-undisclosed invalidity positions that Defendant asserted were non-infringement opinions. May 23, 2022 Tr. at, *e.g.*, 39:8-19 (Ex. C).

A dispute has since arisen regarding portions of Defendant's Reply Report of Dr. Rabinow (Ex. A), which was served last night. In his Reply Report, Dr. Rabinow again included precisely the same content that the Court struck on May 23. Indeed, Paragraphs 44-50 are word-for-word identical to those the Court struck last week, save for a few nonsubstantive changes. *See* Ex. D *or compare* Ex. A, ¶¶ 42-50 *with* Ex. B, ¶¶ 70-78. Paragraphs 42 and 43 include a table similar to the one struck from the Rabinow Responsive Report, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ *Id.*

Azurity asked Defendant to withdraw these paragraphs because they are the same opinions that the Court struck. The parties met and conferred regarding this issue, but were unable to reach agreement, with Defendant stating that they do not understand the May 23, 2022 order to preclude Dr. Rabinow from offering those same opinions because they are now in the context of secondary considerations.

Plaintiff therefore respectfully seeks the Court's guidance regarding the scope of the May 23, 2022 order and the propriety of Paragraphs 42-50 of the Rabinow Reply Report, or if

The Honorable Christopher J. Burke
June 2, 2022
Page 2

needed, a schedule to resolve this dispute regarding the Rabinow Reply Report. Unfortunately, this is a matter of some urgency, as the deposition of Dr. Rabinow is currently scheduled for June 9, 2022, and trial is scheduled to begin on August 16, 2022. If the Court would like letter briefing on this issue, Plaintiff can file an opening letter tomorrow.

                                                     Respectfully,

                                                     */s/ Megan E. Dellinger*

                                                     Megan E. Dellinger

MED/bac
Attachment

cc:      Counsel of Record (via electronic mail; w/attachment)